

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD**

**UNITED STATES OF AMERICA**

v.    CRIMINAL NO. 1:19-CR-00305
      29 U.S.C. § 439(c)

**ERIC CHILDRESS**

# I N F O R M A T I O N

**(False Entry In Or Willful Concealment Of Labor Union Books And Records)**

The United States Attorney Charges:

At all relevant times:

1. Defendant ERIC CHILDRESS was an officer of Communication Workers of America, CWA, Local 2276 ("CWA") in Bluefield, West Virginia, and held the position of Secretary-Treasurer.

2. As part of his duties as Secretary-Treasurer, defendant ERIC CHILDRESS was the financial officer of CWA and was responsible for maintaining CWA's books and records, preparing CWA checks, co-signing CWA checks, and preparing financial reports.

3. CWA was a labor organization engaged in an industry affecting commerce within the meaning of Title 29, United States Code, Section 402(i) and (j).

4. On or about April 13, 2014, at or near Bluefield, Mercer County, West Virginia, and within the Southern District of West Virginia and elsewhere, defendant ERIC CHILDRESS did willfully make a false entry in a record required to be kept by Section 436 of Title 29, United States Code, that is a voucher, a record on a matter that was required to be reported in the annual financial report of CWA which was required to be filed with the Secretary of Labor for such labor organization's fiscal year ending on September 30, 2014.

In violation of Title 29, United States Code, Section 439(c).

UNITED STATES OF AMERICA

MICHAEL B. STUART
United States Attorney

By: /s/ Kathleen Robeson
Kathleen Robeson
Assistant United States Attorney